IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAQUAN KENT, | § | |
| | § | |
| Defendant Below, | § | No. 203, 2024 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 2207007094 (N) |
| | § | |
| Appellee. | § | |

Submitted: October 22, 2024
Decided: October 25, 2024

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## ORDER

After consideration of the appellant's opening brief and the appellee's motion to remand, it appears to the Court that:

(1)     A Superior Court jury found the appellant, Daquan Kent, guilty of drug dealing (cocaine), drug dealing (heroin), and aggravated possession of cocaine. The Superior Court sentenced Kent as follows: for drug dealing (heroin), five years of imprisonment, suspended after nine months for eighteen months of probation; for drug dealing (cocaine), five years of imprisonment, suspended for eighteen months of probation; and for aggravated possession (cocaine), two years of imprisonment, suspended for one year of probation.

(2) Kent's sole argument in this direct appeal is that the aggravated possession offense and the drug dealing (cocaine) offense should have merged for sentencing. The State concedes that the offenses should have merged and requests that the case be remanded for resentencing. Kent's counsel has indicated that he does not oppose the State's request. We conclude that the appropriate course of action is to remand this matter to the Superior Court so that Kent may be resentenced.

NOW, THEREFORE, IT IS ORDERED that the matter is REMANDED to the Superior Court for further action in accordance with this order. Jurisdiction is not retained.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice